**SUMMONS IN A CIVIL ACTION    COURT OF COMMON PLEAS, CUYAHOGA COUNTY JUSTICE CENTER**
CLEVELAND, OHIO 44113

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV15849699 | D2 FX | 26808404 |

Rule 4 (B) Ohio

Rules of Civil Procedure

CARLA SEE    PLAINTIFF
VS
CLEVELAND CLINIC FOUNDATION, ET AL.    DEFENDANT

# SUMMONS

CHERYL WRIGHT
9500 EUCLID AVE
CLEVELAND OH 44195

You have been named defendant in a complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on: 

Plantiff's Attorney

JEFFREY J FANGER
36 ALPHA PARK

HIGHLAND HEIGTS, OH 44143-0000

Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

JOAN SYNENBERG
Do not contact judge. Judge's name is given for attorney's reference only.

NAILAH K. BYRD
Clerk of the Court of Common Pleas

| DATE | |
|---|---|
| Aug 14, 2015 | By _____ |

Deputy

COMPLAINT FILED    08/13/2015



CMSN130